UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


WILLIAM M. WINDSOR                    )
                                     )
        Plaintiff, *pro se*           )
                                     )
        v.                           )  Civil Case No.  10-0197 (RJL)
                                     )
JUDGE ORINDA D. EVANS, *et al.*       )
                                     )
        Defendants.                  )


ORDER
(February __, 2010)


For the reasons set forth in the accompanying Memorandum Opinion, it is

hereby

ORDERED that plaintiff's Motion for a Temporary Restraining Order and

Preliminary Injunction [# 3] is DENIED, and it is further

ORDERED that plaintiff's Complaint is DISMISSED, and it is further

ORDERED that all remaining motions [# 4, 5, 6, and 7] are DENIED as

MOOT, and it is further

1

**ORDERED** that this matter be referred to the United States District Court for the Northern District of Georgia to determine whether plaintiff is in contempt of an Order entered in that Court.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge